UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED GORDON, et al.,

        Plaintiffs,

                       Case No. 12-13724

vs.

                       HON. GEORGE CARAM STEEH

JOHN URBAHNS,

        Defendant.
_____/

## ORDER DISMISSING SHOW CAUSE

On August 22, 2012, plaintiffs filed this action against defendant alleging breach of fiduciary duty, breach of contract, contribution, and violations of Michigan statutes. Federal jurisdiction is premised upon diversity jurisdiction.  28 U.S.C. § 1332.  Because plaintiffs do not state the citizenship of the members of plaintiff Brown Road Group, LLC in their complaint, the court issued an order to show cause on September 11, 2012.  On September 25, 2012, plaintiffs filed a response to the order to show cause indicating that the members of Brown Road Group, LLC are residents of the state of Michigan and thus complete diversity exists.  Accordingly,

IT IS HEREBY ORDERED that the court's September 11, 2012 order to show cause be DISMISSED.

Dated: September 28, 2012

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 28, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk